# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHARLES R. JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>LVMPD,<br><br>                Defendant. | 2:15-cv-00666-RFB-CWH<br><br>**ORDER** |

The court has reviewed this case and Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas' Notice of Intent Not to Participate in Early Neutral Evaluation Session (#30). This case is not amenable to the Early Neutral Evaluation process.

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for September 21, 2015 is VACATED.

The Clerk of Court is directed to remove this case from the Early Neutral Evaluation Program.

DATED this 2nd day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE