**September 25, 2015**

CHARLES R. JONES
1832 WALKER LN.
HENDERSON, NV 89014



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. JONES | CASE NO. 2:15-cv-00666-RFB-CWH |
| Plaintiff, | |
| vs. | |
| COSMOPOLITAN LAS VEGAS HOTEL | PLAINTIFF HAS DECIDED TO WITHDRAW HIS COMPLAINT |
| Defendant, | |

Plaintiff, CHARLES R. JONES hereby files a motion to withdraw the Complaint filed in April 2015.

_Charles R. Jones_
Charles R. Jones

CASE 2:15-cv-00666-RFB-CWH                                    Filed 9-25-15

Complainant has decided to to withdraw his complaint against all parties *with prejudice.*

Plaintiff hereby grants the Court permission to drop this case under above referenced number to all parties.

_____
Charles R. Jones

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 25th day of September, 2015.